UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Nelson, Joseph Bell, each individually
and on behalf of all similarly situated
individuals,

        Plaintiffs,                       Civil No. 05-2772 (RHK/AJB)

vs.                               **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

General Electric Company,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 6, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge